| Attorney or Party without Attorney: <br> Joseph S. Grinstein, Esq. <br> SUSMAN GODFREY LLP <br> 1000 LOUISIANA STREET STE 5100 <br> HOUSTON, TX 77002 <br> Telephone No: 713-655-5668 <br><br> Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
USDC Eastern District of Texas, Marshall Division

Plaintiff: FINESSE WIRELESS LLC
Defendant: AT&T MOBILITY LLC

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:21-cv-00063 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Corporate Disclosures

3. a. Party served: AT&T MOBILITY LLC
   b. Person served: Latoya Stearns, CT Corporation, Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 1999 Bryan St Suite 900, Dallas, TX 75201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Feb 26 2021 (2) at: 02:00 PM

6. Person Who Served Papers:
   a. Kim Shaw
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    3/2/2021                    Kim Shaw
    (Date)                      (Signature)

PROOF OF SERVICE

5397284
(340024)