IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FINESSE WIRELESS, LLC § | | |
| § | | |
| v. § | CASE NO. 2:21-CV-00063-JRG | |
| § | (Lead Case) | |
| § | | |
| AT&T MOBILITY, LLC § | | |

| | | |
|---|---|---|
| FINESSE WIRELESS, LLC § | | |
| § | | |
| v. § | CASE NO. 2:21-CV-00064-JRG | |
| § | (Member Case) | |
| § | | |
| CELLCO PARTNERSHIP d/b/a § | | |
| VERIZON WIRELESS § | | |

**NOTICE OF DISCLOSURES**

Plaintiff Finesse Wireless, LLC notifies the Court that pursuant to Paragraphs 1 and 3 of the proposed Discovery Order, it served its initial and additional disclosures on counsel for Defendants via electronic mail on June 9, 2021.

DATED: June 11, 2021

Respectfully submitted,

By: ___/s/ Elizabeth L. DeRieux___

Joseph S. Grinstein – Lead Counsel
Texas State Bar No. 24002188
jgrinstein@susmangodfrey.com
Shawn Blackburn
Texas State Bar No. 24089989
sblackburn@susmangodfrey.com
Meng Xi
California State Bar No. 280099
mxi@susmangodfrey.com
Megan E. Griffith
New York State Bar No. 5544309
mgriffith@susmangodfrey.com

1

Bryce T. Barcelo
Texas State Bar No. 24092081
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

S. Calvin Capshaw
Texas State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
Texas State Bar No. 05770585
ederieux@capshawlaw.com
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone (903) 845-5770

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@wsfirm.com
Andrea Fair
Texas State Bar No. 24078488
andrea@wsfirm.com
Chad Everingham
Texas State Bar No. 00787447
ce@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF
FINESSE WIRELESS, LLC**