# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FINESSE WIRELESS LLC, | § § § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO.   2:21-CV-00063-JRG (LEAD CASE) |
| AT&T MOBILITY LLC, | | |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | | CIVIL ACTION NO.   2:21-CV-00064-JRG (MEMBER CASE) |
| *Defendants*. | | |

## ORDER

Before the Court is the Stipulated Dismissal of Consolidated Cases Without Prejudice (the "Stipulation") filed by Plaintiff Finesse Wireless, LLC, Defendants AT&T Mobility, LLC, and Cellco Partnership d/b/a Verizon Wireless, and Intervenor-Defendants Nokia of America Corp. and Ericsson Inc. (collectively, "the Parties"). (Dkt. No. 79). In the Stipulation, the Parties notify the Court that all claims and defenses in the above-captioned case are dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and defenses in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each parties' claims for attorneys' fees, costs, and expenses shall be preserved and resolved in the re-filed *Finesse* cases (Nos. 2:21-cv-316 and 2:21-cv-317). The Clerk of Court is directed to **CLOSE** the above-captioned cases as no parties or claims remain.

**So ORDERED and SIGNED this 2nd day of September, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE